UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROMMEL A. RAMIREZ; and FREDDY
F. GUERRERO,

    Plaintiffs,

v.                                                          Case No. 6:20-cv-538-Orl-37GJK

AEG INSTALLATION CORP; ADA D.
ORTIZ; MICHAEL P. KELLY; and
CONSILIUM GROUP INC.,

    Defendants.

_____

    Plaintiffs sued their former employers for failure to pay overtime and minimum wages and retaliation under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 13.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 38 ("**Motion**"); Doc. 38-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion and approving the Agreement, finding it fair and reasonable. (Doc. 39 ("**R&R**").)

    The parties do not object to the R&R (Doc. 40), so the Court has examined it only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 39) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Second Revised Joint Motion to Approve FLSA Settlement and Stipulation of Dismissal (Doc. 38) is **GRANTED.**

3. The parties' Confidential Settlement Agreement and Release (Doc. 38-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 1, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record